**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE:<br>RHEA BATES<br>Debtor | Case No. 25-15158-djb |
| Wells Fargo Bank, N.A., not in its individual or banking capacity, but solely in its capacity as the Trustee for First Franklin Mortgage Loan Trust 2004-FFH3 Asset-Backed Certificates 2004-FFH3,<br>Movant<br><br>vs.<br>RHEA BATES<br>And<br>Lawrence Bates, Tyrone Bates, (NON-FILING CO-DEBTOR)<br>Respondents | Chapter 13<br><br>11 U.S.C. §362 and §1301 |

## CERTIFICATION OF DEFAULT

**BROCK AND SCOTT, PLLC**, attorneys for Movant, hereby certifies that the above-captioned Debtor has failed to comply with the terms of the Stipulation approved by the U.S. Bankruptcy Judge on May 5, 2026.

In accordance with the terms of said Stipulation agreed to by the parties, the Automatic Stay is hereby lifted as to permit Movant to proceed with their State Court remedies upon Debtor's failure to cure the default.

*/s/Andrew Spivack*
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Jay Jones, PA Bar No. 86657
Brandon Perloff, PA Bar No. 316979
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

**L.B.F. 9014-4**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>RHEA BATES | Case No. 25-15158-djb<br>Chapter 13 |
| Wells Fargo Bank, N.A., not in its individual or banking capacity, but solely in its capacity as the Trustee for First Franklin Mortgage Loan Trust 2004-FFH3 Asset-Backed Certificates 2004-FFH3,<br>Movant<br><br>vs.<br><br>RHEA BATES ,<br>And<br>Lawrence Bates, Tyrone Bates, (NON-FILING CO-DEBTOR)<br><br>Debtors | |

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that on August 19, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Certification of Default

I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date: August 19, 2026

*/s/Andrew Spivack*
Andrew Spivack, PA Bar No. 84439

Mario Hanyon, PA Bar No. 203993
Jay Jones, PA Bar No. 86657
Brandon Perloff, PA Bar No. 316979
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

BRAD J. SADEK, Debtor's Attorney
Sadek Law Offices, LLC
1500 JFK Boulevard Ste 220
Philadelphia, PA 19102
brad@sadeklaw.com
Debtor's Attorney
Via: ☒ CM/ECF ☐ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

KENNETH E. WEST,
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Bankruptcy Trustee
Via: ☒ CM/ECF ☐ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

United States Trustee
900 Market Street
Suite 320
Philadelphia, PA 19107
US Trustee
Via: ☒ CM/ECF ☐ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

RHEA BATES
443 ELLIS AVENUE
DARBY, PA 19023
Debtor

Via: ☐ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

LAWRENCE BATES
443 ELLIS AVENUE
DARBY, PA 19023
Debtor
Via: ☐ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

TYRONE BATES
443 ELLIS AVENUE
DARBY, PA 19023
Debtor
Via: ☐ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other: