**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Rhea Bates | : | Chapter 13 |
| | : | Case No.: 25-15158-DJB |
| Debtor(s) | : | |

**OBJECTION TO CERTIFICATION OF DEFAULT**

Debtor, Rhea Bates, by and through their undersigned counsel Brad J. Sadek, hereby objects Wells Fargo Bank, N.A.'s Certification of Default on the following basis:

It is Denied that Debtor/Borrower, Rhea Bates, is delinquent on May 5, 2026, stipulation. If the Debtor/Borrower is delinquent, she shall be current prior to the hearing on the lender's instant Certification of Default.

WHEREFORE, Debtor respectfully requests this Honorable Court to DENY Movant's Order requesting Relief from the Automatic Stay.

Dated: September 8, 2026

/s/ Brad J. Sadek, Esq.

Brad J. Sadek, Esquire
Attorney for Debtor(s)
Sadek Law Offices, LLC
1500 JFK Boulevard, Suite #220
Philadelphia, PA 19102
brad@sadeklaw.com
215-545-0008