**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. **25-15158-DJB** |
| | : | |
| | : | Chapter 13 |
| Rhea Bates | : | **Hearing Date, Time & Place** |
| Debtor(s) | : | **October 29, 2026 at 11:00 am** |
| | : | **Via Zoom *unless otherwise*** |
| | : | ***directed by the Court*** |
| | : | |

**TRUSTEE'S MOTION TO DISMISS WITH A BAR ORDER**
**PURSUANT TO 11 U.S.C. SECTIONS 105 AND 1307**

**AND NOW** comes, KENNETH E. WEST, ESQUIRE, Chapter 13 standing trustee, and requests that this case be dismissed with prejudice for the following reasons:

1. Debtor filed the above-captioned bankruptcy case on December 18, 2025.

2. Debtor has filed three (3) prior bankruptcy cases as follows:

   a) ***21-11332***, a Chapter 13 case filed on 05/10/2021, the case was dismissed by the Court on 03/29/2022.

   b) ***22-11513,*** a Chapter 13 case filed on 06/10/2022, the case was dismissed by the Court on 02/13/2024.

   c) ***24-11288***, a Chapter 13 case filed on 04/16/2024, the case was dismissed by the Court on 09/11/2025.

3. The Trustee requests this case to be dismissed for the following reasons:

   a) Debtor(s) has/have failed to commence or continue making timely payments to the trustee as required by 11 U.S.C. Section 1326.
   b) There has been unreasonable delay by debtor(s) that is prejudicial to creditors pursuant to 11 U.S.C. Section 1307(c)(1) by failing to propose an adequately funded plan, in that the total filed proofs of claim which are to be paid through the plan exceed the value of the proposed plan.

**WHEREFORE**, KENNETH E. WEST, ESQUIRE, Chapter 13 standing trustee, respectfully requests that this Court enter an Order in the form annexed hereto, dismissing this case with prejudice pursuant to 11 U.S.C. Sections 105 and 1307, and barring the debtor(s) from further filing

another bankruptcy petition for six (6) months, either individually or jointly with a spouse, without prior leave of Court.

Respectfully submitted,

Date: September 25, 2026

*/s/ Kenneth E. West* ___________

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106